# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:24-MJ-610 |
| CELSO MANUEL GAMBOA SANCHEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 2020 to the present_____ in the county of ------------------------------- in the

-------------------- District of ----------------------------- , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 959(a), 960, and 963 | Conspiracy to Manufacture and Distribute Five Kilograms or more of Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |
| 21 U.S.C. § 959 and 18 U.S.C. § 2 | Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States |

This criminal complaint is based on these facts:

See SA Jackie Cypert DEA's affidavit attached hereto.

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

*Jackie Cypert*
*Complainant's signature*

Special Agent Jackie Cypert,  DEA
*Printed name and title*

Date:  09/30/2024

10/01/2024
13:12:10
*Judge's signature*

City and state:  Plano, Texas

Bill Davis, U.S. Magistrate Judge
*Printed name and title*